No. 140. J. P. LOONEY, PLAINTIFF IN ERROR, *v.* STATE OF MISSOURI. In error to the Supreme Court of the State of Missouri. October 13, 1908. Dismissed with costs on the authority of counsel for the plaintiff in error. *Mr. Timothy J. Fell* for plaintiff in error. No appearance for defendant in error.

No. 161. JOHN F. SHOREY, PLAINTIFF IN ERROR, *v.* THE STATE OF OREGON. In error to the Supreme Court of the State of Oregon. October 13, 1908. Dismissed with costs on the authority of counsel for the plaintiff in error. *Mr. William T. Muir* for plaintiff in error. *Mr. A. M. Crawford* for defendant in error.

No. 256. THE FIRST NATIONAL BANK OF LEXINGTON, PLAINTIFF IN ERROR, *v.* S. W. HAGAR, AUDITOR OF PUBLIC ACCOUNTS, ET AL., ETC. In error to the Court of Appeals of the State of Kentucky. October 13, 1908. Dismissed with costs on the authority of counsel for the plaintiff in error. *Mr. James T. Shelby, Mr. Joseph D. Hunt* and *Mr. George R. Hunt* for plaintiff in error. *Mr. James Breathitt* for defendants in error.